UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN HENRY, on his own behalf and on behalf of other similarly situated individuals, | ) ) ) | |
| | ) | Case No. 3:12-cv-01171(AWT) |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) | |
| SUNRISE SENIOR LIVING, INC. D/B/A SUNRISE SENIOR LIVING SERVICES, INC., | ) ) ) | SEPTEMBER 28, 2012 |
| Defendant. | | |

## MOTION FOR ADMISSION OF COUNSEL
## RYAN M. BATES *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned member of the bar of this Court and counsel for Defendant Sunrise Senior Living, Inc.[1] ("Sunrise") moves for an order allowing the admission of Ryan M. Bates, an associate at the firm of Hunton & Williams LLP and a member in good standing of the Virginia State Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to Sunrise Senior Living, Inc.

In support of this motion, the undersigned states that there are no pending disciplinary proceedings against Mr. Bates in any State or Federal court.

Attached to this motion is Mr. Bates' Affidavit in Support of Motion to Admit Counsel *Pro Hac Vice.* As Mr. Bates reports in the attached, of the courts to which he has been admitted, he is not aware of having been assigned a bar number other than from the Commonwealth of Virginia and the District of Columbia.

WHEREFORE, the undersigned respectfully requests that the Court grant the motion for the *pro hac vice* admission of Ryan M. Bates.

Dated at New Haven, Connecticut on this 28th day of September, 2012.

Respectfully submitted,


/s/ Lori B. Alexander
Lori Alexander – Fed. Bar No. CT08970
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT  06510
Telephone:(203) 974-8700
Facsimile:(203) 974-8799
Email:  lalexander@littler.com
Attorney for Defendant

---

[1]   Sunrise Senior Living, Inc. is not the proper defendant in this civil action because it did not employ Plaintiff. Without waiving any objection or defense to the improper naming of "Sunrise Senior Living, Inc." as a party to this civil action, appearances and an Answer have been filed on behalf of "Sunrise Senior Living, Inc."

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEVIN HENRY, on his own behalf and on behalf of those similarly situated | : | |
| | : | |
| | : | |
| *Plaintiff(s)*, | : | Civil Action No.: 3:12-cv-01171(AWT) |
| | : | |
| v. | : | |
| | : | |
| SUNRISE SENIOR LIVING, INC. D/B/A/ SUNRISE SENIOR LIVING SERVICES, INC. | : | September 25, 2012 |
| | : | |
| | : | |
| *Defendant.* | : | |

## AFFIDAVIT OF RYAN M. BATES
## IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

1.      I am an associate with the law firm of Hunton & Williams LLP.  My office is Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, McLean, VA  22102.  My fax number is (703) 918-4034.  My telephone number is (703) 714-7534.  My e-mail address is rbates@hunton.com.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.      The following are all the courts of which I am or have ever been a member:  I am a member in good standing of the highest courts of the Commonwealth of Virginia and the District of Columbia.  I am also a member in good standing of the U.S. District Court for the Eastern District of Virginia, U.S. District Court for the Western District of Virginia, and U.S. District Court for the District of Columbia.

4.      My Virginia Bar number is 74661 and my District of Columbia Bar number is 985567.

5.      There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      I designate my sponsoring attorney Lori B. Alexander from the law firm Littler Mendelson, One Century Tower, 265 Church Street, Suite 300, New Haven, CT 06510 as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

Dated:  September 25, 2012

Ryan M. Bates
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA  22102
Telephone:  (703) 714-7534
Facsimile:  (703) 918-4034
Email:  rbates@hunton.com
Website: www.hunton.com

2

STATE OF VIRGINIA     )

                           )       ss.: *Maclean, VA*

COUNTY OF _Fairfax_  )

On September _25_, 2012 before me, _Nicole B. Melton_, Notary Public, personally appeared Ryan M. Bates, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_[signature]_

Notary Public

NICOLE B. MELTON
Notary Public
Commonwealth of Virginia
Reg. #7168611
My Commission Exps. Dec. 31, 2012

3

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Lori B. Alexander
Lori B. Alexander
Federal Bar No.: CT08970
Littler Mendelson, P.C.
265 Church Street, Suite 300
New Haven, Connecticut 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
E-Mail: lalexander@littler.com