UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN HENRY, on his own behalf
and on behalf of those similarly
situated,

        Plaintiffs,                CIVIL ACTION NO.:
                                          3:12-cv-01171 (AWT)

vs.

SUNRISE SENIOR LIVING, INC.
D/B/A SUNRISE SENIOR LIVING
SERVICES, INC.,

        Defendant.
_____/

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CARLOS V. LEACH AND MORGAN & MORGAN, P.A.

Plaintiff, KEVIN HENRY, on his own behalf and on behalf of those similarly situated, by and through undersigned counsel, hereby respectfully moves this Court to admit Carlos V. Leach, Esq., and the law firm of Morgan & Morgan, P.A., *pro hac vice*, so that they may serve as co-counsel for Plaintiffs in this matter. In accordance with Local Rule 83.1(d), Plaintiffs state as follows:

(A)    Mr. Leach's address, telephone number, facsimile number, e-mail address and registration number are as follows:

**Name: Carlos V. Leach, Esquire**

**Firm Name: MORGAN & MORGAN, P.A.**

**Office Address: 20 North Orange Avenue, 14th Floor P.O. Box 4979**

**City: Orlando    State: Florida    Zip: 32801-4979**

**Telephone: (407) 420-1414**

Fax: (407) 245-3341

E-Mail: cleach@forthepeople.com

**Registration number in the State of Florida: 0540021.**

The Affidavit of Mr. Leach in support of this Motion is attached as **Exhibit "A"**.

(B)   Client(s): **KEVIN HENRY, C/O: MORGAN & MORGAN, P.A.**

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Yes _____   No _X_

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

**Mr. Leach is an experienced wage and hour attorney and has practiced almost exclusively in this area for six (6) years.**

(C)   Applicant is admitted to practice in the:

   _X_   **State of Florida**
   ___   **District of Columbia**

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, will be filed within 60 days after the date of admission; the physical address, telephone number and website/email address for that admitting Court are:

U.S. Courthouse
401 West Central Boulevard
Suite 1200
Orlando, Florida 32801-0120
(407) 835-4200

Mr. Leach is also admitted and eligible to practice before the following courts:

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court | Address |
|---|---|---|---|---|
| The Florida Bar | 0540021 | January 28, 2002 | Active / Good Standing | 651 E. Jefferson Street Tallahassee, FL 32399 |
| U.S.D.C., Middle District of Florida | 0540021 | November 3, 2004 | Active / Good Standing | 401 West Central Boulevard Suite 1200 Orlando, FL 32801 |
| U.S.D.C., Northern District of Florida | 0540021 | October, 2008 | Active / Good Standing | 111 N. Adams St. Tallahassee, FL 32301 |
| U.S.D.C., Southern District of Florida | 0540021 | October 18, 2010 | Active / Good Standing | 400 North Miami Avenue Miami, FL 33128 |
| U.S.D.C., District of Colorado | 0540021 | November 25, 2009 | Active / Good Standing | 901 19th Street Denver, Colorado 80294 |
| U.S. Court of Appeals for the Eleventh Circuit | 0540021 | November 2, 2009 | Active / Good Standing | 56 Forsyth St. N.W. Atlanta, Georgia 30303 |
| United States Court of Federal Claims | 0540021 | February 8, 2012 | Active / Good Standing | 717 Madison Place, NW Washington, DC 20005 |

(D)  Has Applicant been denied admission pro hac vice in this state?

Yes _____   No _X_

Has Applicant had admission pro hac vice revoked in this state?

Yes _____   No _X_

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?

Yes _____   No _X_

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years?

Yes _____   No _X_

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?

Yes _____   No _X_

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Has Applicant read and become familiar with all of the LOCAL CIVIL RULES OF CIVIL PROCEDURE OF THE UNITED STATES DISTRICT COURTS FOR THE DISTRICT OF CONNECTICUT?

Yes _X_   No _____

Has Applicant read and become familiar with the CONNECTICUT RULES OF PROFESSIONAL CONDUCT?

Yes _X_   No _____

**(H)** Please provide the following information about the resident attorney who has been associated for this case:

**Name and Bar No: Richard E. Hayber (Fed. Bar No.: ct11629)**

**Firm Name: The Hayber Law Firm LLC.**

**Office Address: 221 Main Street, Suite 502**

**City: Hartford        State: CT      Zip: 06106**

**Telephone: (860) 522-8888**

**Fax: (860) 218-9555**

**E-Mail:** rhayber@hayberlawfirm.com

**(I)** The undersigned resident attorney certifies that he agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_____            _____
Date                                                   Applicant's Signature

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 2 day of October, 2012.

Respectfully submitted by,

**/s/ RICHARD E. HAYBER**
Richard E. Hayber, Esquire
Fed. Bar No.: ct11629
The Hayber Law Firm LLC.
221 Main Street, Suite 502
Hartford, CT 06106
Telephone: (860) 522-8888
Facsimile: (860) 218-9555
Email: rhayber@hayberlawfirm.com
*Attorneys for Plaintiff*