# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**KEVIN HENRY, on his own behalf
and on behalf of those similarly
situated,**

          **Plaintiffs,**          CIVIL ACTION NO.:
                                     3:12-cv-01171 (AWT)

**vs.**

**SUNRISE SENIOR LIVING, INC.
D/B/A SUNRISE SENIOR LIVING
SERVICES, INC.,**

          **Defendant.**
_____/

## AFFIDAVIT OF CARLOS V. LEACH IN SUPPORT OF MOTION FOR ADMISSION
### *PRO HAC VICE*

Affiant, Carlos V. Leach, after being duly sworn, deposes and states the following:

1.     I make this Affidavit based upon my direct and personal knowledge.

2.     I am an attorney with the law firm Morgan & Morgan, P.A.

3.     My office address, telephone number, facsimile number, and e-mail address are as follows:

Morgan & Morgan, P.A.
20 North Orange Avenue, Suite 1400
Orlando, FL 32802
Telephone: (407) 420-1414
Facsimile: (407) 245-3341
Email: CLeach@forthepeople.com

4.     I am a member in good standing of the Bar of the State of Florida. My Florida registration number is 0540021.

1

5.  I am also admitted and eligible to practice before the following federal courts:

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court | Address |
|---|---|---|---|---|
| The Florida Bar | 0540021 | January 28, 2002 | Active / Good Standing | 651 E. Jefferson Street Tallahassee, FL 32399 |
| U.S. Supreme Court of Florida | 0540021 | February 13, 2002 | Active / Good Standing | 500 S. Duval St. Tallahassee FL 32399 |
| U.S.D.C., Middle District of Florida | 0540021 | November 3, 2004 | Active / Good Standing | 401 West Central Boulevard Suite 1200 Orlando, FL 32801 |
| U.S.D.C., Northern District of Florida | 0540021 | October, 2008 | Active / Good Standing | 111 N. Adams St. Tallahassee, FL 32301 |
| U.S.D.C., Southern District of Florida | 0540021 | October 18, 2010 | Active / Good Standing | 400 North Miami Avenue Miami, FL 33128 |
| U.S.D.C., District of Colorado | 0540021 | November 25, 2009 | Active / Good Standing | 901 19th Street Denver, Colorado 80294 |
| U.S. Court of Appeals for the Eleventh Circuit | 0540021 | November 2, 2009 | Active / Good Standing | 56 Forsyth St. N.W. Atlanta, Georgia 30303 |
| United States Court of Federal Claims | 0540021 | February 8, 2012 | Active / Good Standing | 717 Madison Place, NW Washington, DC 20005 |

6.  I have never been the subject of any disciplinary action or proceedings in any State or federal jurisdiction.

7.  I have reviewed the applicable Rules of Procedure and the Local Rules of the United States District Court for the District of Connecticut, and agree to abide by them.

8. I have designated the below resident attorney who has been associated for this Case:

**Name and Bar No: Richard E. Hayber (Fed. Bar No.: ct11629)**

**Firm Name: The Hayber Law Firm LLC.**

**Office Address: 221 Main Street, Suite 502**

**City: Hartford      State: CT      Zip: 06106**

**Telephone: (860) 522-8888**

**Fax: (860) 218-9555**

**E-Mail:** rhayber@hayberlawfirm.com

FURTHER, AFFIANT SAYETH NAUGHT.

_____
CARLOS V. LEACH

Sworn to before me and subscribed in my presence this 28th day of September, 2012.

[Notary stamp: RAFAEL MARTINEZ, MY COMMISSION # DD 874195, EXPIRES: March 25, 2013, Bonded Thru Notary Public Underwriters]

_____
NOTARY PUBLIC
STATE OF FLORIDA
Commission Number: DD 874195
My commission expires: March 25, 2013
(Notary Seal)

3

Name and Bar No: Richard E. Hayber (Fed. Bar No.: ct11629)

Firm Name: The Hayber Law Firm LLC.

Office Address: 221 Main Street, Suite 502

City: Hartford     State: CT     Zip: 06106

Telephone: (860) 522-8888

Fax: (860) 218-9555

E-Mail: rhayber@hayberlawfirm.com

FURTHER, AFFIANT SAYETH NAUGHT.

_____
CARLOS V. LEACH

Sworn to before me and subscribed in my presence this __1st__ day of October, 2012.

_____
NOTARY PUBLIC
STATE OF FLORIDA
Commission Number: DD 874195
My commission expires: March 25, 2013
(Notary Seal)

RAFAEL MARTINEZ
MY COMMISSION # DD 874195
EXPIRES: March 25, 2013
Bonded Thru Notary Public Underwriters

3