```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
KEVIN HENRY, on his own       :
behalf and on behalf of those :
similarly situated,           :
                              :
            Plaintiff,        :
                              :
v.                            :    Civil No. 3:12-cv-01171(AWT)
                              :
SUNRISE SENIOR LIVING, INC.,  :
d/b/a SUNRISE SENIOR LIVING   :
SERVICES, INC.                :
                              :
            Defendant.        :
                              :
------------------------------x
```

### NOTICE RE JOINT MOTION FOR APPROVAL OF SETTLEMENT

The parties have filed a Joint Motion for Approval of Settlement and Dismissal of Claims with Prejudice (Doc. No. 26). Authorities cited by the parties in the joint motion make it clear that the court can only grant such a motion after it has scrutinized the settlement for fairness. The court cannot perform this function without reviewing the Settlement Agreement, Release and Waiver of Wage Claims. It cannot merely rely on the parties' representation that the settlement is fair to all parties.

Therefore, the parties must submit the Settlement Agreement, Release and Waiver of Wage Claims to the court for review. The parties may either submit that document for in

<u>camera</u> review or file it under seal, and shall do so by January 31, 2013.

    It is so ordered.

    Signed this 23rd day of January, 2013 at Hartford, Connecticut.

                                          _____/s/AWT_____
                                                Alvin W. Thompson
                                      United States District Judge