```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
KEVIN HENRY, on his own       :
behalf and on behalf of those :
similarly situated,           :
                              :
            Plaintiff,        :
                              :
v.                            :     Civil No. 3:12-cv-01171(AWT)
                              :
SUNRISE SENIOR LIVING, INC.,  :
d/b/a SUNRISE SENIOR LIVING   :
SERVICES, INC.                :
                              :
            Defendant.        :
                              :
------------------------------x
```

## ORDER RE APPROVAL OF SETTLEMENT AND
## DISMISSAL OF CLAIMS WITH PREJUDICE

The court has reviewed the pleadings in this case and the confidential settlement agreement and considered the applicable law. For good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The court finds that the settlement of the parties: (a) is fair to all parties; (b) reasonably resolves a bona fide disagreement between the parties with regard to the merits of plaintiff Kevin Henry's individual claims; and (c) demonstrates a good faith intention by the parties that the plaintiff's claims for liability and damages be fully and finally resolved, and not relitigated in whole or in part at any point in the

future. The settlement agreement is therefore APPROVED by the court.

    2. The claims of plaintiff Kevin Henry are hereby DISMISSED WITH PREJUDICE in their entirety.

    3. Each party shall bear his/its own costs, including attorney's fees.

    It is so ordered.

    Signed this 11th day of February, 2013 at Hartford, Connecticut.

                                             _____/s/AWT_____
                                                         Alvin W. Thompson
                                          United States District Judge